IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Plaintiff,                  No. 2:12-cv-1966 AC P

    vs.

TODD WASKO, et al.

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has consented to the jurisdiction of the undersigned. See Doc. No. 4.

        By order filed September 24, 2012, the court determined that plaintiff had stated a colorable First Amendment claim against defendant Wasko. The court also dismissed with leave to amend plaintiff's First Amendment retailiation claims against all remaining defendants. In the September 24, 2012 order, the court advised plaintiff that, if he chose not to amend his complaint, the action would proceed only on plaintiff's First Amendment claims against defendant Wasko. To date, plaintiff has not filed an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that defendants J. Walker, V. Singh, D.

1  Haley, and D. Thomas are dismissed from this action without prejudice.  <u>See</u> Local Rule 110;

2  Fed. R. Civ. P. 41(b).

3  DATED: November 21, 2012.

                                                     /s/
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

AC:rb
heil1966.B3