UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>           Plaintiff,<br><br>      v.<br><br>TODD WASKO, et al.,<br><br>           Defendants. | No.  2:12-cv-1966 JAM AC P<br><br><br>ORDER |

Plaintiff has requested an order authorizing service of a subpoena duces tecum by the U.S. Marshal.  This court granted plaintiff permission to proceed in forma pauperis by order filed September 25, 2012.  Service of subpoenas must be made by personal service or the subpoena is null and void.  Fed. R. Civ. P. 45(c); <u>Gillam v. A. Shyman, Inc.</u>, 22 F.R.D. 475 (D. Alaska 1958). Plaintiff's request (ECF No. 49) is granted.  The United States Marshal is hereby directed to serve subpoenas received from plaintiff without prepayment of costs until further order of the court.

DATED: April 16, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1