1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | No. 2:12-cv-01966 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| TODD WASKO, et al., | |
| Defendants. | |

By order filed March 31, 2015, ECF No. 102, third party Brian Duffy, former Warden of the California Medical Facility and current Warden of the California Health Care Facility, was directed to submit for in camera review the staff-prepared Confidential Supplement to Appeal/ Appeal Inquiry to plaintiff's Appeal Log No. CMF-M-07-01295.  See ECF No. 102 at 21-4, 26-7. Plaintiff sought disclosure of this document via Request No. 8 of his subpoena duces tecum served on Warden Duffy.  Warden Duffy did not contest the relevance of this document, but asserted that internal investigative procedures at the California Department of Corrections and Rehabilitation (CDCR) would be compromised by its disclosure.  Confidential Supplements are routinely designated "Not for Inmate Distribution" to promote full disclosure by staff, as required by CDCR regulations.  See 15 C.C.R. §§ 3450(d), 3321(a).

The court has now reviewed the subject Confidential Supplement, which Warden Duffy timely submitted in camera.  The court finds that the disclosure of this document to plaintiff in

unredacted form will not jeopardize institutional security.  As Warden Duffy concedes in his cover letter, "the document, and not specific text, is considered confidential."

      Accordingly IT IS HEREBY ORDERED that, within seven days after the filing date of this order, Warden Duffy shall serve plaintiff with a copy of the document responsive to Request No. 8 of plaintiff's subpoena duces tecum, viz., the December 1, 2011 Confidential Supplement to plaintiff's Appeal No. CMF-M-07-01295.

      SO ORDERED.

DATED: April 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2